1  James M. Treppa – SBN 161174
   Lisa M. Garcia - SBN 263352
2  BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA LLP
   601 California Street, 16th Floor
3  San Francisco, CA 94108
   Telephone: (415) 981-5411
4  Facsimile: (415) 981-0352

5

6  Attorneys for Defendants
   JOHN HEALY, SARAH HEALY,
7  MARTIN HEALY and EVELYN C. HEALY

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  CRAIG YATES, an individual,          )    No.  11-CV-01572-JCS
                                         )
13            Plaintiff,                 )    STIPULATION FOR CONTINUING
                                         )    DEADLINE FOR PARTIES TO
14  v.                                   )    CONDUCT JOINT SITE INSPECTION
                                         )    AND [PROPOSED] ORDER
15  CHOUQUET'S; JOHN HEARLY;             )
16  SARAH HEALY; MARTIN HEALY;           )
    EVELYN C. HEALY; and FREMI           )    Complaint Filed: 03/31/11
17  CORPORATION, a California Corporation )
18  dba CHOUQUET'S,                      )
                                         )
19            Defendants.                )
                                         )
20

21       Plaintiff CRAIG YATES and Defendants JOHN HEALY, SARAH HEALY, MARTIN

22  HEALY, AND EVELYN C. HEALY, as well as Defendants CHOUQUET'S and FREMI

23  CORPORATION, a California Corporation dba CHOUQUET'S, respectfully request and

24  stipulate, as follows:

25       1.       That the joint site inspection, as Ordered by General Order, 56 ¶ 3, 4, scheduled for

26  July 25, 2011 at 10:00 a.m. be continued to August 4, 2011 at 9:30 a.m.

27       / / /

28

                                         1

2.      Good cause exists to continue the joint site inspection as defense counsel was notified on July 21, 2011 by defendant's retained expert, Kim Blackseth, Esq., that he would be unable to attend the inspection, as he will be out of the area for personal reasons.

3.      In light of the above, the parties agree, stipulate, and request that they be granted up to and including August 4, 2011 to conduct the joint site inspection of the premises, pursuant to General Order 56.

Respectfully submitted,

DATED:     July 22, 2011

                                   BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA, LLP

                                   By: _____
                                         James M. Treppa
                                       Lisa M. Garcia
                                       Attorney for Defendants
                                       JOHN HEALY, SARAH HEALY,
                                     MARTIN HEALY, and EVELYN C.
                                     HEALY

DATED:     July 22, 2011

                                   THOMAS E. FRANKOVICH, ESQ.
                                   *A PROFESSIONAL LAW CORPORATION*

                                   By: _____
                                       Thomas E. Frankovich
                                       Attorney for Plaintiff
                                       CRAIG YATES

DATED:     July 22, 2011

                                   LUSCUTOFF, LENDORMY & ASSOCIATES

                                   By: _____
                                       Sidney A. Luscutoff
                                       Attorney for Defendants
                                       CHOUQUET'S and FREMI
                                     CORPORATION, a California
                                     Corporation dba CHOUQUET'S

1    2.    Good cause exists to continue the joint site inspection as defense counsel was

2    notified on July 21, 2011 by defendant's retained expert, Kim Blackseth, Esq., that he would be

3    unable to attend the inspection, as he will be out of the area for personal reasons.

4    3.    In light of the above, the parties agree, stipulate, and request that they be granted up

5    to and including August 4, 2011 to conduct the joint site inspection of the premises, pursuant to

6    General Order 56.

7

8    Respectfully submitted,

9

10   DATED:    July 21, 2011              BLEDSOE, CATHCART, DIESTEL,
                                          PEDERSEN & TREPPA, LLP
11

12
                                         By: _____
13                                           James M. Treppa
                                             Lisa M. Garcia
14                                           Attorney for Defendants
                                             JOHN HEALY, SARAH HEALY,
15                                           MARTIN HEALY, and EVELYN C.
                                             HEALY
16
     DATED:    July 21, 2011              THOMAS E. FRANKOVICH, ESQ.
17                                        A PROFESSIONAL LAW CORPORATION

18

19                                       By: _____
20                                           Thomas E. Frankovich
                                             Attorney for Plaintiff
21                                           CRAIG YATES

22   DATED:    July 21, 2011              LUSCUTOFF, LENDORMY &
                                          ASSOCIATES
23

24
                                         By: _____
25                                           Sidney A. Luscutoff
                                             Attorney for Defendants
26                                           CHOUQUET'S and FREMI
                                             CORPORATION, a California
27                                           Corporation dba CHOUQUET'S

28

                                         2
STIPULATION FOR CONTINUING DEADLINE FOR PARTIES TO CONDUCT JOINT SITE INSPECTION AND [PROPOSED] ORDER

2.      Good cause exists to continue the joint site inspection as defense counsel was notified on July 21, 2011 by defendant's retained expert, Kim Blackseth, Esq., that he would be unable to attend the inspection, as he will be out of the area for personal reasons.

3.      In light of the above, the parties agree, stipulate, and request that they be granted up to and including August 4, 2011 to conduct the joint site inspection of the premises, pursuant to General Order 56.

Respectfully submitted,

DATED:       July 21, 2011                    BLEDSOE, CATHCART, DIESTEL,
                                              PEDERSEN & TREPPA, LLP


                                              By: _____
                                                  James M. Treppa
                                                  Lisa M. Garcia
                                                  Attorney for Defendants
                                                  JOHN HEALY, SARAH HEALY,
                                                  MARTIN HEALY, and EVELYN C.
                                                  HEALY

DATED:       July 21, 2011                    THOMAS E. FRANKOVICH, ESQ.
                                              A PROFESSIONAL LAW CORPORATION


                                              By: _____
                                                  Thomas E. Frankovich
                                                  Attorney for Plaintiff
                                                  CRAIG YATES

DATED:       July 21, 2011                    LUSCUTOFF, LENDORMY &
                                              ASSOCIATES


                                              By: _____
                                                  Sidney A. Luscutoff
                                                  Attorney for Defendants
                                                  CHOUQUET'S and FREMI
                                                  CORPORATION, a California
                                                  Corporation dba CHOUQUET'S

2

1  **<u>ORDER</u>**

2      IT IS SO ORDERED that the last day for the parties and counsel to conduct the General

3  Order 56 joint site inspection of the premises is up to and including August 4, 2011.

4  DATED:        7/26/11

5  

6  HONORABLE        C. SPERO
   United                    ge

7                   Judge Joseph C. Spero

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR CONTINUING DEADLINE FOR PARTIES TO CONDUCT JOINT SITE INSPECTION AND [PROPOSED] ORDER

**PROOF OF SERVICE**

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 601 California Street, 16th Floor, San Francisco, California, 94108-2805. On the date indicated below, I served the following document(s):

**STIPULATION FOR CONTINUING DEADLINE FOR PARTIES TO CONDUCT JOINT SITE INSPECTION AND [PROPOSED] ORDER.**

Upon the following at the address(es) stated below:

**Thomas E. Frankovich**
A Professional Law Corporation
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
(415) 674-9900 (fax)

**Sidney A. Luscutoff, Esq.**
Luscutoff, Lendormy & Associates
400 Montgomery Street, 6th Floor
San Francisco, California  94104
(415) 989-1465 (fax)

**XX    BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

_____  **BY FAX TRANSMISSION** at the above-referenced number.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on Friday, July 22, 2011, at San Francisco, California.

_____
Maria-Lalaine Legaspi