THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA  94903
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorney For Plaintiff CRAIG YATES, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>CHOUQUET'S; JOHN HEALY; SARAH HEALY; MARTIN HEALY; EVELYN C. HEALY; and FREMI CORPORATION, a California Corporation dba CHOUQUET'S,<br><br>                Defendants. | CASE NO. CV-11-1572-JCS<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: June 26, 2012

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /s/ *Thomas E. Frankovich*
Thomas E. Frankovich
Attorney for DAREN HEATHERLY and IRMA RAMIREZ, each an individual

Dated: 8-31, 2012

BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA

By: [signature]
James M. Treppa
Attorney for Defendants JOHN HEALY; SARAH HEALY; MARTIN HEALY; EVELYN C. HEALY; and

///
///
///
///
///
///

Dated: **10/26**, 2012

LUSCUTOFF, LENDORMY & ASSOCIATES

By: _____
Sidney A. Luscutoff
Attorneys for Defendants FREMI CORPORATION,
a California Corporation dba CHOUQUET'S,

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: _____, 2012

_____
Honorable Magistrate Judge Joseph C. Spero
UNITED STATE DISTRICT JUDGE