1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA  94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorney For Plaintiff CRAIG YATES, an individual

6

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9

10  CRAIG YATES, an individual,            )      **CASE NO. CV-11-1572-JCS**
                                           )
11           Plaintiff,                    )
                                           )
12                                         )      **STIPULATION OF DISMISSAL AND**
    v.                                     )      **[PROPOSED] ORDER THEREON**
13                                         )
                                           )
14  CHOUQUET'S; JOHN HEALY; SARAH          )
    HEALY; MARTIN HEALY; EVELYN C.         )
15  HEALY; and FREMI CORPORATION, a        )
    California Corporation dba             )
16  CHOUQUET'S,                            )
                                           )
17                                         )
             Defendants.                   )
18                                         )
                                           )
19  ─────────────────────────────────────

20
          The parties, by and through their respective counsel, stipulate to dismissal of this action
21
    in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the
22
    Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own
23
    costs and attorneys' fees.  The parties further consent to and request that the Court retain
24
    jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511
25
    U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of
26
    settlement agreements).
27

28

    STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO. CV-11-1572-JCS

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2    their designated counsel that the above-captioned action become and hereby is dismissed with

3    prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

4    This stipulation may be executed in counterparts, all of which together shall constitute

5    one original document.

6

7    Dated: June 26, 2012                    THOMAS E. FRANKOVICH
                                             *A PROFESSIONAL LAW CORPORATION*
8

9

10                                           By: ___*/s/ Thomas E. Frankovich*___
                                                    Thomas E. Frankovich
11                                           Attorney for DAREN HEATHERLY and IRMA
                                             RAMIREZ, each an individual
12

13

14

15   Dated: 8-31 , 2012

16                                           BLEDSOE, CATHCART, DIESTEL, PEDERSEN
                                             & TREPPA
17

18

19                                           By: _____ for
                                                    James M. Treppa
20                                           Attorney for Defendants JOHN HEALY; SARAH
                                             HEALY; MARTIN HEALY; EVELYN C. HEALY;
21                                           and

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

1  Dated: **10/26**, 2012                          **LUSCUTOFF, LENDORMY & ASSOCIATES**

2

3

4                                             By

5                                                   Sidney A. Luscutoff
                                              Attorneys for Defendants FREMI CORPORATION,
6                                             a California Corporation dba CHOUQUET'S,

7                                             **ORDER**

8        IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

9  Fed.R.Civ.P.41(a)(2).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the

10 purpose of enforcing the parties' Settlement Agreement and General Release should such

11 enforcement be necessary

12 Dated: ___12/5___, 2012

13

14                                   Honor                      seph C. Spero
                                     UNITE                      JUDGE
15

16                                          Judge Joseph C. Spero

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO. CV-11-1572-JCS

-3-